◼ MAJOR R. SHARIF, Appellant, v. LYCELL HOFFLER et al., Respondents. — Judgment of Supreme Court, Suffolk County, entered January 29, 1969, affirmed, without costs. No opinion. Appeal from order dated January 28, 1969 dismissed, without costs. An order denying a motion to set aside a verdict, made only on the trial minutes, is not appealable. In any event, the foregoing disposition of the appeal from the judgment renders the appeal from this order academic. Martuscello, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.